Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN BRIAN ESQUEDA,<br><br>Defendant. | No. 1:19-mj-00243-MJS<br><br>STIPULATION FOR A DEFERRED PROSEUCTION AGREEMENT AND MODIFICATION OF CONDITIONS OF RELEASE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Steven Brian Esqueda, by and through his attorney of record, Assistant Federal Defender Benjamin Gerson, that the terms of Mr. Esqueda's pre-trial supervision be modified and that the status conference set for February 26, 2020 be vacated and the matter be set for a status conference on February 23, 2021. The parties have reached an agreement for a deferred prosecution (the parties are in the process of routing the agreement for signatures so an unexecuted copy is attached for the Court's information.)

Mr. Esqueda will remain on pre-trial supervision for the duration of the deferral period. He will comply with all conditions of release ordered by Magistrate Judge Sheila K. Oberto on January 2, 2020 as modified by the Order below.

To summarize, Mr. Esqueda will complete 15 session of in person domestic violence or anger management counselling in a clinical setting and provide proof of attendance by December 20, 2020.

1

1 | Mr. Esqueda will complete an alcohol assessment through a qualified alcohol counselor/program and will attend alcohol counselling as recommended as a result of the assessment. He will provide proof of recommendation and compliance by December 20, 2020. A full copy of the deferred prosecution agreement is attached.

The parties jointly request this Court modify the Conditions of Release ordered by Magistrate Judge Sheila K. Oberto on January 2, 2020 as follows.

Revise condition (4) to: The defendant must appear at United States District Courthouse 9004 Castle Cliff Court, Yosemite, CA 95389 on February 23, 2021 at 10:00 a.m. before Magistrate Judge Jeremy D. Peterson.

Revise condition (7)(a) to: The defendant must report to Pretrial Services and comply with their rules and regulations as required by Pretrial Services.

Remove condition (7)(f).

Revise condition (7)(h) to allow defendant to have possession of his passport, but require approval of Pretrial Services prior to any travel outside the United States.

The Legal Officer has been in contact with the Victim in this matter and with Pretrial Services regarding the proposed deferred prosecution agreement and the proposed modification to the conditions of release. Both the Victim and Pretrial Services are in agreement with the agreement and the modifications.

Dated: February 24, 2020       /S/ Susan St. Vincent
                               Susan St. Vincent
                               Legal Officer
                               Yosemite National Park

Dated: February 24, 2020       /S/ Benjamin A. Gerson
                               Benjamin A. Gerson
                               Assistant Federal Defender
                               Attorney for Steven Brian Esqueda

ORDER

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the February 26, 2020 status conference e for Steven Brian Esqueda, case number 1:19-mj-00243-JDP, is continued to February 23, 2021 at 10:00 a.m.

The court further orders the conditions of release imposed on January 2, 2019 by Magistrate Judge Sheila K. Oberto are modified as follows:

Condition (4) is revised to: The defendant must appear at United States District Courthouse 9004 Castle Cliff Court, Yosemite, CA 95389 on February 23, 2021 at 10:00 a.m. before Magistrate Judge Jeremy D. Peterson.

Condition (7)(a) is revised to: The defendant must report to Pretrial Services and comply with their rules and regulations as required by Pretrial Services.

Condition (7)(f) is removed.

Condition (7)(h) is revised to allow defendant to have possession of his passport. Defendant must have prior approval of Pretrial Services prior to any travel outside the United States.

IT IS SO ORDERED.

Dated: February 24, 2020

UNITED STATES MAGISTRATE JUDGE