Sean O. Anderson
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN BRIAN ESQUEDA,<br><br>Defendant. | Case No.  1:19-mj-00243-SKO<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

The parties having entered into a Deferred Prosecution Agreement, the United States hereby moves the Court for an order of dismissal, without prejudice, pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon.

                                                        Respectfully submitted,

                                                        McGREGOR SCOTT
                                                        United States Attorney


Dated:  December 8, 2020              /S/ Sean O. Anderson_____
                                                        SEAN O. ANDERSON
                                                        Acting Legal Officer
                                                        Yosemite National Park

1                                              United States v. Julianna WHITE

**ORDER**

Upon motion of the United States brought under Fed. R. Crim. Pro. 48, the matter of *United States v. Esqueda,* case no. 1:19-mj-00243-SKO, is hereby dismissed without prejudice.

IT IS SO ORDERED.

Dated:   December 8, 2020

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE